

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00218-CV

MAPP CONSTRUCTION, LLC                              APPELLANT

V.

BUILDERS FIRSTSOURCE–TEXAS                      APPELLEE
GROUP, LP

----------

## FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
## TRIAL COURT NO. 2015-007164-1

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Agreed Voluntary Dismissal Motion." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

                                    PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and WALKER, J.

DELIVERED: November 23, 2016

---

[1]*See* Tex. R. App. P. 47.4.